IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE PRACTICE RESOURCES, LLC<br>DATA SECURITY BREACH LITIGATION<br><br>This Document Relates To: All Actions | Case No: 6:22-cv-00890-LEK-DJS |

**NOTICE OF MOTION OF PLAINTIFFS' UNOPPOSED
MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT**

PLEASE TAKE NOTICE that Plaintiffs James Stewart, Susan Stewart, John Bachura, Brenda Sparks, and Steven N. Esce, and Defendant, respectfully request that the court: (i) grant preliminary approval of the proposed Settlement Agreement; (ii) certify a Settlement Class pursuant to the provisions of Fed. R. Civ. P. 23(a) and (b)(3); (iii) schedule a Final Fairness Hearing to consider final approval, pursuant to the schedule set forth above; (iv) direct that notice of the proposed Settlement and hearing be provided to absent Class Members in a manner consistent with the Settlement Agreement and the Notice Program; and (v) enter the proposed order regarding Preliminary Approval Order.

PLEASE TAKE FURTHER NOTICE that in support of the Unopposed Motion, Plaintiffs rely on the accompanying Memorandum of Law in Support of Motion for Preliminary Approval of Settlement, and appendices attached thereto.

March 27, 2024

Respectfully submitted,

*/s/ Nicholas A. Migliaccio*

Nicholas A. Migliaccio* (NY Bar # 4035838)
Jason S. Rathod (pro hac vice)
MIGLIACCIO & RATHOD LLP
412 H St. NE, Suite 302,
Washington, D.C. 20002
(202) 470-3520
nmigliaccio@classlawdc.com

*Permanently admitted in N.D.N.Y.
(Bar Roll Number: 519012)

2