# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE PRACTICE RESOURCES, LLC DATA SECURITY BREACH LITIGATION | Case No: 6:22-cv-00890-LEK-DJS |

## PLAINTIFFS' NOTICE OF UNOPPOSED MOTION FOR FINAL APPROVAL OF SETTLEMENT AND AWARD OF SERVICE AWARDS, ATTORNEYS' FEES, AND COSTS

**PLEASE TAKE NOTICE**, that upon the annexed Class Counsel Declarations of David S. Almeida, James Bilsborrow, and Nicholas Migliaccio, the annexed Declaration of Omar Silva and the exhibits thereto, and the accompanying Memorandum in Support of the Unopposed Motion for Final Approval of Settlement and Award of Service Awards, Attorneys' Fees, and Costs, and upon all the pleadings and proceedings herein, Plaintiffs, by and through their undersigned attorneys, move this Court for entry of an Order (1) granting final approval to the Settlement, (2) granting final certification to the Settlement Class, (3) approving the proposed attorneys' fees, costs, and requested Service Award as set forth herein, and (4) such other relief as will be requested at the Final Approval Hearing scheduled to be conducted on June 11, 2025 at 11:00 a.m. before this Honorable Court.[1]

Dated: May 28, 2025

/s/ James Bilsborrow
James Bilsborrow (NY Bar # 519903)
**WEITZ & LUXENBERG, P.C.**
700 Broadway
New York, NY 10003
(212) 558-5500
jbilsborrow@weitzlux.com

---

[1] All capitalized terms in this Notice of Motion shall have the same meanings as those defined in the Settlement Agreement, ECF No. 61-3.

*/s/ David S. Almeida*
David S. Almeida (NY Bar # 3056520)
**ALMEIDA LAW GROUP LLC**
849 W. Webster Avenue
Chicago, IL 60614
(312) 576-3024
david@almeidalawgroup.com

*/s/ Nicholas A. Migliaccio*
Nicholas A. Migliaccio* (NY Bar # 4035838)
Jason S. Rathod (pro hac vice)
**MIGLIACCIO & RATHOD LLP**
412 H St. NE, Suite 302,
Washington, D.C. 20002
(202) 470-3520
nmigliaccio@classlawdc.com

*Permanently admitted in N.D.N.Y.
(Bar Roll Number: 519012)

*Settlement Class Counsel*

## CERTIFICATE OF SERVICE

I certify that on May 28, 2025, a true and accurate copy of the foregoing Notice of Motion was filed electronically with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

/s/ James J. Bilsborrow